UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                        CASE NO. 6:24-cr-009-WWB-EJK

MALCOLM BELLAMY

**NOTICE OF APPEARANCE**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

                                     Respectfully submitted,

                                     ROGER B. HANDBERG
                                     United States Attorney

                       By:    */s/Rachel S. Lyons*
                              Rachel S. Lyons
                              Assistant United States Attorney
                              USA No. 215
                              400 W. Washington Street, Suite 3100
                              Orlando, Florida 32801
                              Telephone:   (407) 648-7500
                              Facsimile:    (407) 648-7643
                              E-mail: Rachel.Lyons@usdoj.gov

U.S. v. MALCOLM BELLAMY          CASE NO. 6:24-cr-009-WWB-EJK

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Karla M. Reyes
    Assistant Federal Defender

                                              */s/ Rachel S. Lyons*
                                              Rachel S. Lyons
                                              Assistant United States Attorney
                                              USA No. 215
                                              400 W. Washington Street, Suite 3100
                                              Orlando, Florida 32801
                                              Telephone:  (407) 648-7500
                                              Facsimile:   (407) 648-7643
                                              E-mail: Rachel.Lyons@usdoj.gov